UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
December 15, 2025 1:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: jm / 12-15

Sebastian Cooper

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Nurse Kelly and all the staff at Mason County Jail involved with the inmates every day.
Dr. Provatas
Brody Hayes
Brandon Coughlan
Jhon Siegert

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

1:25-cv-1785
Sally J. Berens
U.S. Magistrate Judge

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ab[ility] to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   ~~Mason County~~ US District Court

   2. Is the action still pending?   Yes ☒   No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision?   Yes ☐   No ☒
   4. Is the appeal still pending?   Yes ☐   No ☐
      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☒   No ☐
      a. If so, explain: Stomach surgury caused by Mason County Jail

- 2 -    (W.D. Mich. Form – Last Revised: September 2021)

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff: Sebastian Cooper
Place of Present Confinement: Mason County Jail
Address: 302 N Delia St. Ludington, MI 49431
Place of Confinement During Events Described in Complaint: Mason County Jail

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1: Nurse Kelly
Position or Title: RN at the Jail
Place of Employment: Mason County Jail
Address: 302 N Delia St. Ludington, MI 49431
Official and/or personal capacity? Personal

Name of Defendant #2: Brody Hayes
Position or Title: Correction Officer
Place of Employment: Mason County Jail
Address: 302 N Delia St. Ludington, MI 49431
Official and/or personal capacity? Personal

Name of Defendant #3: Dr. Rovatas
Position or Title: Lead Doctor
Place of Employment: Mason County Jail
Address: 302 N Delia St. Ludington, MI 49431
Official and/or personal capacity? Personal

Name of Defendant #4: Brandon Coughlan
Position or Title: Correction Officer
Place of Employment: Mason County Jail
Address: 302 N Delia St. Ludington, MI 49431
Official and/or personal capacity? Person

Name of Defendant #5: Athon Siegert
Position or Title: Correction Officer
Place of Employment: Mason County Jail
Address: 302 N Delia St. Ludington, MI 49431
Official and/or personal capacity? Personal

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I had a stomach surgury on 4/3/25 to remove three-quarters of my small intestine because of the medications and food the jail was giving me and still are giving me the food since 4/3/25 untill now the jail is not helping with the aftermath of the surgury at all and the correction officers and medical staff are not doing what they are supposed to be doing which is checking my stomach every night not to mention my stomach is still messed up and will be for the rest of my life.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I Want the Court to Release me From Mason County Jail. Please and Thank-you.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

12/8/25
**Date**

Sebastian Cooper
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

302 N Delia St. Ludington, MI 49431
Sebastian Cooper

GRAND RAPIDS MI 493
11 DEC 2025 PM 5 L



US District Court
399 Federal Building
110 Michigan St. NW
Grand Rapid, MI 49503

49503-236399

ENT
12-9-25
EK